## THOMAS F. CLANCY, Appellant, *v.* GERALDINE CLANCY, Respondent.

No. 7031

March 1, 1973                                          506 P.2d 417

*George E. Graziadei* and *Don Aimar,* of Las Vegas, for Appellant.

*Charles L. Garner,* of Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

This is an appeal from that portion of a decree of divorce which divided the community property between the parties. We have reviewed the record presented and are unable to discern any abuse of discretion by the trial judge in dividing the community property as he did. Herzog v. Herzog, 69 Nev. 286, 249 P.2d 533 (1952).

Affirmed.